[No. 43691-1-I.    Division One.    February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN SCOTT McDOUGALL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00125-3, Ronald L. Castleberry, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 43876-0-I.    Division One.    February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN COBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00038-9, Ronald L. Castleberry, J., entered June 8, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44123-0-I.    Division One.    February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06488-5, Suzanne Marie Barnett, J., entered January 29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44369-1-I.    Division One.    February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON JAMES HOOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08944-6, Michael Hayden, J., entered March 29, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 100 Wn. App. 179.